**No. 09-10808. Bobby Len Franklin, Petitioner v. Mark Chatterton, et al.**

561 U.S. 1022, 130 S. Ct. 3522, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5307.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

Same case below, 358 Fed. Appx. 970.

**No. 09-10970. Eli Raitport, Petitioner v. United States, et al.**

561 U.S. 1022, 130 S. Ct. 3525, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5281.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.

**No. 09-11052. Floyd Junior Powell, Petitioner v. Tony A. Keller, et al.**

561 U.S. 1022, 130 S. Ct. 3529, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5282.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for a writ of certiorari United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 367 Fed. Appx. 402.

**No. 09M107. Frank A. Hooks, Petitioner v. Karin T. Bergeron, Superintendent, Old Colony Correctional Center.**

561 U.S. 1022, 130 S. Ct. 3535, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5338.

June 28, 2010. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 09M108. Lacy Lee Williams, Petitioner v. Sergeant Gonzalez, et al.**

561 U.S. 1022, 130 S. Ct. 3535, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5378.

June 28, 2010. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 09M109. Matthew Robert Young, Petitioner v. Intel Corporation, et al.**

561 U.S. 1023, 130 S. Ct. 3535, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5457.

June 28, 2010. Motion to direct the Clerk to file a petition for a writ of certiorari out of time denied. The Chief Justice took no part in the consideration or decision of this motion.

**No. 09M110. Brenda Joyce Lowery, Petitioner v. Ronald Strength, Sheriff, Richmond County, Georgia, et al.**

561 U.S. 1022, 130 S. Ct. 3535, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5403.

June 28, 2010. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

**No. 09M111. Martin Ray Byler, Petitioner v. Reggie Weisner.**

561 U.S. 1023, 130 S. Ct. 3535, 177 L. Ed. 2d 1087, 2010 U.S. LEXIS 5322.

June 28, 2010. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.